1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988f
6  Facsimile: (213) 381-9989

7

8  *Attorneys for Plaintiff and Proposed Class*

9  **UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| PORTIA MASON, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-03202-JFW-PD |
|---|---|
| Plaintiff, | Honorable Judge John F. Walter<br>Los Angeles Courthouse<br>Courtroom 7A |
| v. | |
| BELMOND USA, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | **NOTICE OF SETTLEMENT**<br>Complaint Filed: 04.14.2021<br>Trial Date: None |
| Defendants. | |

Plaintiff, Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: June 11, 2021                                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 11, 2021          */s/ Thiago M. Coelho*
                              Thiago M. Coelho